**No. 11-291. Alexander Gabay, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.**

565 U.S. 978, 132 S. Ct. 517, 181 L. Ed. 2d 350, 2011 U.S. LEXIS 7772.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 418 Fed. Appx. 649.

**No. 11-294. Kentucky, Petitioner v. Robert Cobb.**

565 U.S. 978, 132 S. Ct. 518, 181 L. Ed. 2d 350, 2011 U.S. LEXIS 7747.

October 31, 2011. Petition for writ of certiorari to the Court of Appeals of Kentucky denied.

**No. 11-308. Richard E. Thomas, et al., Petitioners v. Edward Alcoser, et al.**

565 U.S. 978, 132 S. Ct. 518, 181 L. Ed. 2d 350, 2011 U.S. LEXIS 7890,

October 31, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

**No. 11-309. Nicholas P. Tides, et al., Petitioners v. The Boeing Company.**

565 U.S. 978, 132 S. Ct. 518, 181 L. Ed. 2d 350, 2011 U.S. LEXIS 7880.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 644 F.3d 809.

**No. 11-310. Adolfo Sandor Montero, Petitioner v. United States.**

565 U.S. 979, 132 S. Ct. 519, 181 L. Ed. 2d 350, 2011 U.S. LEXIS 7825.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 409 Fed. Appx. 738.

**No. 11-319. Alejandro Fox, Petitioner v. Bakery, Confectionery, Tobacco Workers and Grain Millers International Union, Local No. 24, AFL-CIO, et al.**

565 U.S. 979, 132 S. Ct. 521, 181 L. Ed. 2d 350, 2011 U.S. LEXIS 7741.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 428 Fed. Appx. 767.

**No. 11-320. James Linn Higerd, Petitioner v. Florida.**

565 U.S. 979, 132 S. Ct. 521, 181 L. Ed. 2d 350, 2011 U.S. LEXIS 7794.

October 31, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 54 So. 3d 513.